**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 5:15CR00432-001 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **KEITH BLOOMFIELD,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on March 15, 2017 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Dennis G. Terez.

The violation report was referred to Magistrate Judge David A. Ruiz who issued a Report and Recommendation on February 27, 2017 [Doc. 50].  No objections having been filed the Court adopted the Magistrate Judge's Report and Recommendation and found that the following terms of supervision had been violated:

       1) new criminal conduct;

       2) unauthorized use of drugs;

       3) failure to comply with Location Monitoring Program requirements.

The Court found the violations to be Grade C and that defendant was a Criminal History Category III.

The Court, upon consideration of statements from counsel and the supervising United

States Probation Officer's recommendation, continued defendant's supervision under the same conditions as previously imposed.

**IT IS SO ORDERED.**

Dated: March 15, 2017               *s/    James S. Gwin*
                                    JAMES S. GWIN
                                    UNITED STATES DISTRICT JUDGE